IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY,<br><br>    Plaintiff,<br><br>    v.<br><br>G. JORA, et al.,<br><br>    Defendants. | No.  2:20-CV-01726-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion for an extension of time to file waivers of service of process for any Defendant waiving service. ECF No. 15. For good cause shown, the Court grants Defendants' motion. Waivers of service of process shall be filed within 30 days of the date of this order.

    IT IS SO ORDERED.

Dated:  December 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1